UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DIQUAN LAMONT CARTER,

        Defendant,

                          /

Case No: 1:21-cr-00003

Hon. Hala Y. Jarbou
United States District Judge

## NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action on September 14, 2021.

Date: October 13, 2021

ANDREW BYERLY BIRGE
United States Attorney

_____
ERIN K. LANE
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan  49501-0208
(616) 456-2404